1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

| | |
|---|---|
| 8   HAMOUD ALI ALI AL-DAILAM, *et al*. | Case No. 1:24-cv-00108-JLT-CDB |
| 9                            Plaintiffs, | ORDER GRANTING *NUNC PRO TUNC* STIPULATION TO MODIFY BRIEFING DEADLINES FOR DEFENDANTS' RULE 12(B)(6) MOTION FOR DISMISSAL |
| 10 | |
| 11   v. | |
| 12   ANTONY BLINKEN, *et al.*, | (Doc. 22) |
| 13                            Defendants. | |

14          Plaintiffs Hamoud Ali Ali Al-Dailam and Omar Hamoud Ali Al-Dailam ("Plaintiffs")

15   initiated this action on January 23, 2024, with the filing of a complaint against Defendants

16   Antony Blinken, the Embassy of the United States of Djibouti, and the United States Department

17   of State ("Defendants").  (Doc. 1).  On July 8, 2024, Defendants filed a motion to dismiss

18   Plaintiffs' complaint.  (Doc. 18).

19          On July 22, 2024 – Plaintiffs' deadline to respond to Defendants' motion to dismiss –

20   Plaintiffs filed a stipulated request to modify the briefing deadlines on Defendants' motion to

21   dismiss.  (Doc. 22).  Plaintiffs proffer that an extension of time is warranted to prepare an

22   opposition in light of the recent Supreme Court decision in *Department of State v. Muñoz*, 602

23   U.S. __ (2024).  *Id*. at 2-3.

24          In the Eastern District of California, "[r]equests for Court-approved extensions brought on

25   the required filing date for the pleading or other document are looked upon with disfavor."  Local

26   Rule 144(d).  While the Court finds good cause to grant the request, here, it should have become

27   apparent to Plaintiffs that they required an extension of time to file a response to the pending

28   motion well before the July 22, 2024, deadline.  The Court disfavors granting relief *nunc pro tunc*

1  and admonishes Plaintiffs to exercise better care and to adhere to this Court's Local Rules in all

2  future filings.

3       For good cause shown, it is HEREBY ORDERED,

4       1.  Plaintiffs shall file an opposition no later than **August 22, 2024**; and

5       2.  Defendants shall file any option reply in support of their motion by no later than

6         **September 2, 2024**.

7  IT IS SO ORDERED.

8    Dated:  **July 23, 2024**

9                        UNITED STATES MAGISTRATE JUDGE

2