**GOLDBERG & ASSOCIATES**
JULIE A. GOLDBERG (SBN 235565)
14370 Ventura Blvd.
Sherman Oaks, California 91423
Telephone: (818) 999-1559
Email: ecf@goldbergimmigration.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMOUD ALI ALI AL-DAILAM, ET AL.<br><br>*Plaintiffs*,<br><br>v.<br><br>ANTONY BLINKEN, Secretary of the Department of State, ET AL.,<br><br>*Defendants*. | CASE NO. 1-24-CV-00108-JLT-CDB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY BRIEFING DEADLINES FOR DEFENDANTS' RULE 12(b)(6) MOTION FOR DISMISSAL<br><br>*Assigned to the Honorable Jennifer L. Thurston* |

Pursuant to Local Rule 144, the parties, through their respective counsel, hereby submit this stipulation to modify the briefing deadlines as follows:

WHEREAS:

1. On September 3, 2024, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint [Docket 26].

2. Pursuant to Local Rule 230(c), Plaintiffs' opposition to the motion is currently due on September 17, 2024.

3. Due to an emergency motion in another case requiring Plaintiffs' counsel's immediate attention, Plaintiffs have requested, and Defendants have agreed to, a three-day extension for Plaintiffs to file their opposition to Defendants' motion to dismiss.

4. The parties agree that Defendants' deadline to file their reply in support of their motion to

1

dismiss shall be extended by three days accordingly.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the approval of the Court, that:

1. The deadline for Plaintiffs to file their opposition to Defendants' motion to dismiss shall be extended from September 17, 2024, to **September 20, 2024**.

2. The deadline for Defendants to file their reply in support of their motion to dismiss shall be extended from October 3, 2024, to **October 7, 2024**.

Dated: September 16, 2024

By:  /s/ JULIE ANN GOLDBERG_____
JULIE ANN GOLDBERG
Counsel for Plaintiffs

PHILLIP A. TALBERT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney
Counsel for Defendants

[~~PROPOSED~~] ORDER

The above stipulation is **APPROVED**.

IT IS SO ORDERED.

Dated:   **September 16, 2024**

_[signature: Jennifer L. Thurston]_
UNITED STATES DISTRICT JUDGE

2